GEORGE LA MONT, Respondent, v. COUNTY OF SUFFOLK, NEW YORK, and ARTHUR T. DAVIS, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present— Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of ESTHER SUTTER, Respondent, against GENERAL RAILWAY SIGNAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CONSTANCE D'ENO and Another, Respondents, against FOREST HILLS MOTOR SALES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LOUISE PEARL FLUHR, Respondent, against HENRY J. LUNDE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Hill, P. J., McNamee and Heffernan, JJ., concur; Crapser, J., dissents and votes to reverse award and to dismiss claim because of the provisions of subdivision 1-a of section 16 of the Workmen's Compensation Law; Bliss, J., dissents.

In the Matter of the Claim of ABRAHAM PRINCE, Respondent, against SAMUEL PRINCE FRAME PICTURE CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOHN F. BURKE, Respondent, against MARTIN J. CONNORS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LAURA FERRI, Respondent, against 235-237 EAST 105TH STREET CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of SYLVIA YARRA, Respondent, against ISENBERG & PASCHER, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of EDNA M. BARBER, Appellant, against HARVEY & EDDY COMPANY, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed, and matter remitted, with costs against the State Industrial Board, for the making of an award, on the ground that the decedent was injured while traveling from Warrensburg to Ticonderoga, where he expected to stay for the night; the contemplated visit to a lunch room, on the way, was but an incident to the trip to Ticonderoga. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Bliss, J., dissents.